**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-00316-WLH-SSC x | Date | 3/6/2024 |
|---|---|---|---|
| Title | DOE v. Dolce & Gabbana USA, Inc. | | |

| Present: The Honorable | WESLEY L. HSU UNITED STATES DISTRICT JUDGE |
|---|---|
| Holidae Crawford | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE (JS-6)**

A Motion to Dismiss was filed on January 19, 2024.  (Motion to Dismiss, Docket No. 10).  The Plaintiff failed to oppose the Motion to Dismiss or to appear at the hearing regarding the same.  For the reasons stated on the record, the Court GRANTS the Motion to Dismiss (Docket No. 10) and DISMISSES the case.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | HC | |